McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-po-00117-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| WILLARD BLAYLOCK, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00117-SAB against WILLARD BLAYLOCK, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 14, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:  /s/ William B. Taylor
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney

1

**O R D E R**

**IT IS HEREBY ORDERED** that Case No. 1:20-po-00117-SAB against WILLARD BLAYLOCK be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 14, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

2